In the Matter of JOSEPH KITTLEMAN et al., Appellants, v. HORTENSE W. GABEL, as City Rent and Rehabilitation Administrator, et al., Respondents

No opinion. Appeal from original judgment of said court, dated April 14, 1964, dismissed, without costs. The original judgment was superseded by the judgment dated May 13, 1964." Order dated June 5, 1967 amended accordingly. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.